■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENEKAN EDO, Appellant. [18 NYS3d 355]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Latella, J.), rendered October 31, 2013, convicting him of criminal sale of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the fact-finder's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt with respect to two counts of criminal sale of a controlled substance in the third degree was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Rivera, J.P., Leventhal, Austin and Hinds-Radix, JJ., concur.